PEOPLE ex rel. SINNOTT v. GAYNOR et al.

(Supreme Court, Appellate Division, Second Department. December 30, 1910.)

Appeal from Special Term.
Action by the People of the State of New York, on the relation of Thomas F. Sinnott, against William J. Gaynor and others, etc. From an order of Special Term, the relator appeals. Order affirmed.

George M. Pinney (Warren C. Van Slyke, on the brief), for appellant.
William B. Cromwell, for respondents.

PER CURIAM. The Special Term rested its decision upon the decisions of the Special Term in People ex rel. Sullivan v. Mayor and People ex rel. Den-

yse v. Mayor, 128 N. Y. Supp. 776, made by Putnam, J. We think that the-decision of the Special Term should be affirmed, with $10 costs and disbursements, upon the said opinion in People ex rel. Sullivan v. Mayor.

Order affirmed, with $10 costs and disbursements.